# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Johnathan A. Fuller, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00063-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd E. Ishee, et al., | ) | |
| | ) | |
| Defendant). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order signed on October 30, 2022.

October 31, 2022

*(signed)* Frank G. Johns

Frank G. Johns, Clerk
United States District Court